FILED

2026 Jul-08  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

PWW/RLW: July 2026
HBO GJ# 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| **v.** | ) |
| | ) |
| ABIGAIL MARIE ROBERTS, and | ) |
| MICHAEL CLINTON CHAMBERS | ) |

## INDICTMENT

**COUNT ONE:** **Conspiracy to Engage in the Sexual Exploitation of Children**

The Grand Jury charges that:

On or about April 12, 2026, in Franklin County, within the Northern District of Alabama, and elsewhere, in and affecting interstate commerce, the defendants,

**ABIGAIL MARIE ROBERTS,**
**and**
**MICHAEL CLINTON CHAMBERS,**

did combine, conspire, confederate, and agree together to knowingly employ, use, persuade, induce, entice and coerce a minor, who had not attained 18 years of age, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually

transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO: Conspiracy to Receive and Distribute Child Pornography

The Grand Jury charges that:

On or about April 12, 2026, in Franklin County, within the Northern District of Alabama, and elsewhere, the defendants,

**ABIGAIL MARIE ROBERTS,**
**and**
**MICHAEL CLINTON CHAMBERS,**

did combine, conspire, confederate, and agree together to knowingly receive and distribute any visual depiction using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT THREE: Sexual Exploitation of Children

The Grand Jury charges that:

On or about April 12, 2026, in Franklin County, within the Northern District of Alabama, and elsewhere, the defendants,

**ABIGAIL MARIE ROBERTS,**
**and**
**MICHAEL CLINTON CHAMBERS,**

each aided and abetted by the other, did employ, use, persuade, induce, entice, and coerce a minor, who had not attained 18 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a).

## COUNT FOUR: Distribution of Child Pornography

The Grand Jury charges that:

On or about April 12, 2026, in Franklin County, within the Northern District of Alabama and elsewhere, the defendant,

**ABIGAIL MARIE ROBERTS,**

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that has been transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section

2252A(a)(2).

**COUNT FIVE: Possession of Child Pornography**

The Grand Jury charges that:

On or about April 12, 2026, in Franklin County, within the Northern District of Alabama, the defendant,

**ABIGAIL MARIE ROBERTS,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained 12 years of age, that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY

PHILLIP W. WILLIAMS JR
United States Attorney

*/s/electronic signature*
R. LEANN WHITE
Assistant United States Attorney